IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVARIUS LAVALLE RIGGINS,

    Plaintiff,

v.

ELLEN BERZ, ANDRA NOLLENDORF,
SCOTT DZEKUTE and MARK VOIGT,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-481-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

/s/                                               7/25/2018

Peter Oppeneer, Clerk of Court                  Date